**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       vs.                    )<br>                              )<br>JERRY BRIAN LAMB,             )<br>                              )<br>            Defendant.        )<br>                              )<br>NATURAL ALTERNATIVES          )<br>INTERNATIONAL, INC.,          )<br>                              )<br>            Garnishee.        )<br>_____) | No. CR 99-127 PHX SMM<br><br>     O R D E R |

The government has filed a Writ of Garnishment against Natural Alternatives International, Inc. based on the judgment debtor, Jerry Brian Lamb, receiving earnings from the garnishee. While the garnishee has not filed an answer, the judgment debtor has requested a hearing, presumably under 28 U.S.C. § 3202(b) and (d), and the government has responded.

The judgment debtor has not stated the specific issues he is seeking to have determined at the hearing (see 28 U.S.C.

1  § 3202(d), nor has he sought to quash the writ (see 28 U.S.C. §
2  3202(d), nor has he requested a hearing within ten days of filing
3  his request for an expedited hearing (see 28 U.S.C. § 3202(d).
4       While the Court will deny the current request for a hearing,
5  the denial will be without prejudice to allow the judgment debtor
6  to file another motion that is in compliance with the statutory
7  mandates.
8       IT IS ORDERED denying without prejudice the judgment debtor's
9  request for a hearing.
10      DATED this 3rd day of September, 2014.

_____
Stephen M. McNamee
Senior United States District Judge