WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　V.<br><br>Jerry Brian Lamb,<br><br>　　　　Defendant.<br><br>Natural Alternatives International, Inc.,<br><br>　　　　Garnishee. | CR 99-0127-PHX-SMM<br><br>**GARNISHMENT DISPOSITION ORDER** |

　　　A Writ of Garnishment (Dkt. #127), directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer of Garnishee (Dkt. #136) on October 2, 2014, stating that at the time of the service of the Writ it had in its possession non-exempt earnings belonging to and due Defendant, and that Garnishee was indebted to Defendant.

　　　On August 28, 2014, Defendant was notified of his right to a hearing (Dkt. #128),  Although Defendant requested a hearing on September 26, 2014 (Dkt. #133), he subsequently withdrew the Motion on September 30, 2014 (Dkt. #135), and the Order granting said Motion to Withdraw was entered on October 9, 2014 (Dkt. #138).

　　　**IT IS ORDERED** that Garnishee pay the sum of 25% of Defendant's non-exempt earnings to Plaintiff, and continue withholding Defendant's non-exempt earnings and paying them to Plaintiff until the debt to Plaintiff is paid in full or until

1  Garnishee no longer has possession of any non-exempt earnings belong to Defendant or
2  until further Order of this Court.  Checks should be made payable to **Clerk of the**
3  **Court**, and mailed to Clerk's Office, U.S. District Court, Sandra Day O' Connor
4  Courthouse, 401 W. Washington Street, Attention: Finance Division, Suite 130, SPC-1,
5  Phoenix, Arizona  85003-2118.
6       DATED this 5th day of November, 2014.

          Stephen M. McNamee
          Senior United States District Judge